997 A.2d 1151

COMMONWEALTH of Pennsylvania, Respondent

v.

Monroe MERRITT aka Marvon Merritt, Petitioner.

No. 27 EM 2010.

Supreme Court of Pennsylvania.

July 8, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2010, the "King's Bench Petition" is **DENIED.**

997 A.2d 1151

Anthony NICHOLS, Petitioner

v.

PHILADELPHIA TRAFFIC COURT, Respondent.

No. 45 EM 2010.

Supreme Court of Pennsylvania.

July 8, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**